IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL HAMLET | : | CIVIL ACTION |
| v. | : | |
| IMMIGRATION AND NATURALIZATION SERVICE | : : | NO. 02-3821 |

O R D E R

AND NOW, this 16th day of JULY, 2002, Petitioner shall have until July 31, 2002 to file a Reply to the Government's Response to the Petition for Writ of Habeas Corpus.

BY THE COURT:

_____
ROBERT F. KELLY,        Sr. J.