IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL HAMLET

             02-3821
             District Court Docket Number

  vs.

CHARLES ZEMSKI ET AL

Notice of Appeal Filed 9/6/02
Court Reporter(s)/ESR Operator(s)

Filing Fee:
  Notice of Appeal __Paid  _X_ Not Paid  __Seaman
  Docket Fee       __Paid  _X_ Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

            Prepared by :_____
               GEORGE E. MILLER  9/12/02
               Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm